In the Matter of Proving the Last Will and Testament of SARA M. FRANK, Also Known as Mrs. SARA MOSES FRANK and Mrs. SARA M. FRANK, Deceased. EDGAR A. SAMUEL, Proponent, Appellant; BERTHA BRODLEY, Contestant, Respondent; ADOLPH STERN, Special Guardian for Infant Legatees and Devisees, PAUL ACKERMANN, WILMA ACKERMANN and OTTO MONHEIMER, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the respondent, Bertha Brodley. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

## (December 17, 1937.)

In the Matter of the Application of ROSE CAPILLO, Respondent, for an Order of Mandamus against JOHN J. McELLIGOTT, as Fire Commissioner of the City of New York, and as Trustee of the NEW YORK FIRE DEPARTMENT RELIEF FUND, Appellant.— Orders unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

CITY BANK FARMERS TRUST COMPANY, as Trustee under a Trust Agreement, Dated July 26, 1935, Made by MARILYN MILLER O'BRIEN, Now Deceased, Respondent, v. ADO THOMPSON MILLER and Others, Respondents, and CHESTER LEO O'BRIEN, Appellant, and EDWIN D. REYNOLDS and CARRIE CARTER, Respondents, Cross-Appellants.— Interlocutory judgment, so far as appealed from, unanimously affirmed, with costs to the plaintiff-respondent and the defendants-respondents Ado Thompson Miller, W. Laurence Whittemore, and William M. Chadbourne, as executor, etc., payable out of the fund. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ. [163 Misc. 459.]

NANCY SBARBORA, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of ARTHUR A. SNYDER, Appellant, for an Order of Mandamus against JAMES E. FINEGAN, President, SAMUEL H. ORDWAY, JR., and FERDINAND Q. MORTON, Commissioners, Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

LAKEWOOD TRUST COMPANY OF LAKEWOOD, N. J., Appellant, v. McCUE REALTY CORPORATION and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

LOUIS B. APPLETON, Appellant, v. WILLIAM R. WHITE, as Superintendent of Banks, etc., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

FRIEDA WEINER, Respondent, v. MARGFRID, INC., and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs, and the ten dollars costs of motion awarded at Special Term. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.